KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
LAURA BIELINSKI, ESQ., Nevada Bar No. 10516
llangberg@bhfs.com
MACKENZIE WARREN, ESQ., Nevada Bar No. 14642
mwarren@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Joseph M. DeSimone, Jr.; Series II of RRP Properties, LLC; Kittansett Investment Holdings Limited Partnership; and First Federal Realty DeSimone, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL R. PONTONI, an individual, | CASE NO.: 2:18-vv-00461-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO EXTEND THE RESPONSIVE PLEADING DEADLINE** |
| JOSEPH M. DESIMONE, JR., an individual; WILLIAM C. "BILL" WORTMAN, an individual; SERIES II of RRP PROPERTIES, LLC, a Nevada series limited liability company; KITTANSETT INVESTMENT HOLDINGS LIMITED PARTNERSHIP, a Nevada limited partnership; and FIRST FEDERAL REALTY DESIMONE, LLC, a Nevada limited liability company, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Joseph M. DeSimone, Jr., Series II of RRP Properties, LLC, Kittansett Investment Holdings Limited Partnership and First Federal Realty Desimone, LLC, (collectively, are hereinafter referred to as the "Defendants"), by and through their counsel of record, Kirk B. Lenhard, Esq., Laura Bielinski, Esq., and Mackenzie Warren, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Michael R. Pontoni, Esq. ("Pontoni"), (collectively, the "Parties") hereby stipulate and agree as follows:

16687180                                                              1

1. The current responsive pleading deadline is Friday, April 6, 2018.

2. The Parties agree to a two-week extension of time for all named defendants to file responsive pleadings, as the Parties are currently engaged in ongoing settlement negotiations. This is the first stipulation to extend the responsive pleading deadline.

3. Therefore, the Parties respectfully request that the Court extend the deadline to respond to Pontoni's Amended Complaint to April 20, 2018.

Dated this 9th day of April, 2018.

BY: */s/ Michael R. Pontoni*
Michael R. Pontoni, Esq., LL.M.
64 N. Pecos Road, #100
Henderson, NV  89074

*Plaintiff*

Dated this 9th day of April, 2018.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Kirk B. Lenhard*
Kirk B. Lenhard, Esq.
Laura Bielinski, Esq.
Mackenzie Warren, Esq.
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Defendants Joseph M. DeSimone, Jr.; Series II of RRP Properties, LLC; Kittansett Investment Holdings Limited Partnership; and First Federal Realty DeSimone, LLC*

. . .
. . .
. . .
. . .
. . .

16687180

2

**ORDER**

The Court, having reviewed the foregoing **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE (FIRST REQUEST)** in the above-entitled matter, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the responsive pleading deadline in this matter is extended to April 20, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2018