UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL R. PONTONI,<br><br>         Plaintiff,<br><br> v.<br><br>JOSEPH M DESIMONE, JR., et al.,<br><br>         Defendants. | Case No. 2:18-cv-00461-JCM-PAL<br><br>ORDER |

   Presently before the court is plaintiff Michael Pontoni's motion "to seal all the documents filed herein." (ECF No. 11). Defendants have not filed a response, and the time for doing so has since passed.

   Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

   Here, as defendants have not opposed the motion to seal, they have consented to the granting of the motion. LR 7-2(d). Further, plaintiff's motion cites meritorious reasons for sealing documents filed in this case. The case centers around alleged misrepresentations made to an attorney during the preparation of offering documents for LLC membership interests. (ECF No. 11). Plaintiff represents that information contained within his complaint and evidence he will produce during the course of litigation is generally subject to the attorney-client privilege, but that plaintiff will offer it pursuant to recognized exceptions authorizing disclosure. (ECF No. 11). In order to protect the parties from disclosure of privileged or proprietary information, the court will seal all documents filed in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to seal (ECF No. 11) be, and the same hereby is, GRANTED.

All documents already filed in this case shall be sealed, and any future documents filed in this case shall be filed under seal.

DATED THIS 23rd day of April, 2018.



JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE